July 27, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

MARQUIS ANDREW BRANCH, Appellant

NO. 14-17-00461-CR                                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order this decision certified below for observance.